# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DWANA W.

_____  )
*Plaintiff*  )
v.  )
COMMISSIONER OF SOCIAL  )
SECURITY,  )
  )
_____  )
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 13, 2019**

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-CV-3033-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

✔  other:   Plaintiff's Motion for Summary Judgment, ECF No. 16, is GRANTED in part.
Defendant's Motion for Summary Judgment, ECF No. 21, is DENIED.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge      ROSANNA MALOUF PETERSON_____ on a motion for

summary judgment.

Date:  3/13/2019_____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez
_____